**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

| | |
|---|---|
| JASON LEE VAN DYKE, | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   Civil Case No. 15-418 |
| EQUIFAX, INC., EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., DISCOVER FINANCIAL | ) |
| SERVICES, CITIBANK N.A., CASH | ) |
| CENTRAL OF TEXAS L.L.C., TIGER | ) |
| FINANCIAL MANAGEMENT L.L.C. d/b/a | ) |
| Speedy Cash, COMENITY CREDIT L.L.C. | ) |
| d/b/a Comenity Capital Bank and PayPal Credit, | ) |
| CAPITAL ONE N.A. d/b/a Capital One Bank | ) |
| USA, CITIZENS BANK N.A., and TRS | ) |
| RECOVERY SERVICES INC. | ) |
| | |
|         Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**
**AS TO DEFENDANT EQUIFAX INC.**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that any and all claims of the Plaintiff against Defendant Equifax Inc. are hereby dismissed with prejudice. The parties further stipulate and agree that each and every claim of Plaintiff under his Complaint against Equifax Inc. has been fully resolved and that the effect of this Stipulation will be to dismiss the entire action against Equifax Inc. with prejudice.

IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and requested to execute and enter the Order of Dismissal, a copy of which is attached hereto, and to make all such orders and judgments which may be necessary and proper to dismiss the above-titled action against Equifax Inc. with prejudice.

2

IT IS FURTHER STIPULATED AND AGREED that each of the parties to this stipulation shall bear and pay all costs and expenses heretofore incurred or to be incurred by each respectively in connection with said action.

This 30th day of June, 2015.

PLAINTIFF JASON VAN DYKE

By: _/s/ Jason Van Dyke_

DEFENDANT EQUIFAX INC.

By: _/s/ Kendall W. Carter_

**CERTIFICATE OF SERVICE**

      This is to certify that I have on the 30th day of June, 2015, electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jason Lee Van Dyke
108 Durango Drive
Crossroads, TX 76227

Chase Johnson Cooper
Jones Day - Dallas
2727 North Harwood Street
Dallas, Tx 75201-1515

Aimee Guidry Szygenda
McGlinchey Stafford, PLLC - Dallas
2711 N Haskell Ave
LB25 Suite 2750
Dallas, TX 75204

                                                 /s/ *Kendall W. Carter*
                                                 Kendall W. Carter